FILED
2026 Mar-04  PM 03:40
CLC/OCB March 2026 DISTRICT COURT
HBO GJ # 5 N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
## WESTERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | **Case No.** |
| **v.** | ) | |
| | ) | |
| **FELIX SYLVESTER WILDER** | ) | |

## INDICTMENT

The Grand Jury charges that:

## COUNT ONE
### *Deprivation of Rights under Color of Law*
### [18 U.S.C. § 242]

Between in or about May 2022 and July 2022, in the Northern District of Alabama, the defendant,

**FELIX SYLVESTER WILDER,**

while acting under color of law as a Federal Bureau of Prisons correctional officer at Federal Correctional Institution Aliceville, did willfully deprive Victim 1, whose identity is known to the Grand Jury, of the right, secured and protected by the Constitution and laws of the United States, to be free from cruel and unusual punishment, which includes the right to be free from sexual assault. Specifically, while Victim 1 was in custody at FCI Aliceville, the defendant caused his penis to have contact with Victim 1's mouth and penetrated Victim 1's vulva with his penis,

all without Victim 1's consent. The defendant's conduct resulted in bodily injury and included aggravated sexual abuse and an attempt to commit aggravated sexual abuse, and included kidnapping and an attempt to commit kidnapping.

All in violation of Title 18, United States Code, Section 242.

## COUNT TWO
*Deprivation of Rights under Color of Law*
**[18 U.S.C. § 242]**

Between in or about May 2022 and September 2022, in the Northern District of Alabama, the defendant,

**FELIX SYLVESTER WILDER,**

while acting under color of law as a Federal Bureau of Prisons correctional officer at Federal Correctional Institution Aliceville, did willfully deprive Victim 2, whose identity is known to the Grand Jury, of the right, secured and protected by the Constitution and laws of the United States, to be free from cruel and unusual punishment, which includes the right to be free from sexual assault. Specifically, while Victim 2 was in custody at FCI Aliceville, the defendant put his hand on Victim 2's vagina, under her clothing, without Victim 2's consent. The defendant's conduct included kidnapping and an attempt to commit kidnapping.

All in violation of Title 18, United States Code, Section 242.

**COUNT THREE**
*Deprivation of Rights under Color of Law*
**[18 U.S.C. §§ 242, 250(a) and (b)(1)]**

Between in or about February 2023 and December 2023, in the Northern District of Alabama, the defendant,

**FELIX SYLVESTER WILDER,**

while acting under color of law as a Federal Bureau of Prisons correctional officer at Federal Correctional Institution Aliceville, did willfully deprive Victim 3, whose identity is known to the Grand Jury, of the right, secured and protected by the Constitution and laws of the United States, to be free from cruel and unusual punishment, which includes the right to be free from sexual assault. Specifically, while Victim 3 was in custody at FCI Aliceville, the Defendant caused his penis to have contact with Victim 3's mouth on multiple occasions without Victim 3's consent. The defendant's conduct resulted in bodily injury, included aggravated sexual abuse and an attempt to commit aggravated sexual abuse, included kidnapping and an attempt to commit kidnapping, and involved sexual abuse as defined in 18 U.S.C. § 2242.

All in violation of Title 18, United States Code, Sections 242 and 250(a) and (b)(1).

3

## COUNT FOUR
### *Deprivation of Rights under Color of Law*
**[18 U.S.C. §§ 242, 250(a) and (b)(1)]**

Between in or about February 2023 and December 2023, in the Northern District of Alabama, the defendant,

**FELIX SYLVESTER WILDER,**

while acting under color of law as a Federal Bureau of Prisons correctional officer at Federal Correctional Institution Aliceville, did willfully deprive Victim 3, whose identity is known to the Grand Jury, of the right, secured and protected by the Constitution and laws of the United States, to be free from cruel and unusual punishment, which includes the right to be free from sexual assault. Specifically, while Victim 3 was in custody at FCI Aliceville, the Defendant penetrated Victim 3's vulva with his penis without Victim 3's consent. The defendant's conduct included aggravated sexual abuse and an attempt to commit aggravated sexual abuse, included kidnapping and an attempt to commit kidnapping, and involved sexual abuse as defined in 18 U.S.C. § 2242.

All in violation of Title 18, United States Code, Sections 242 and 250(a) and (b)(1).

4

## COUNT FIVE
*Deprivation of Rights under Color of Law*
**[18 U.S.C. §§ 242, 250(a) and (b)(1)]**

In or about March 2024, in the Northern District of Alabama, the defendant,

**FELIX SYLVESTER WILDER,**

while acting under color of law as a Federal Bureau of Prisons correctional officer at Federal Correctional Institution Aliceville, did willfully deprive Victim 4, whose identity is known to the Grand Jury, of the right, secured and protected by the Constitution and laws of the United States, to be free from cruel and unusual punishment, which includes the right to be free from sexual assault. Specifically, while Victim 4 was in custody at FCI Aliceville, the Defendant digitally penetrated Victim 4's vulva without Victim 4's consent. The defendant's conduct resulted in bodily injury and involved sexual abuse as defined in 18 U.S.C. § 2242.

All in violation of Title 18, United States Code, Sections 242 and 250(a) and (b)(1).

## COUNT SIX
*Deprivation of Rights under Color of Law*
**[18 U.S.C. §§ 242, 250(a) and (b)(1)]**

In or about July 2024, in the Northern District of Alabama, the defendant,

**FELIX SYLVESTER WILDER,**

while acting under color of law as a Federal Bureau of Prisons correctional officer at Federal Correctional Institution Aliceville, did willfully deprive Victim 5, whose

5

identity is known to the Grand Jury, of the right, secured and protected by the Constitution and laws of the United States, to be free from cruel and unusual punishment, which includes the right to be free from sexual assault. Specifically, while Victim 5 was in custody at FCI Aliceville, the defendant caused his penis to have contact with Victim 5's mouth without Victim 5's consent. The defendant's conduct resulted in bodily injury, included aggravated sexual abuse and an attempt to commit aggravated sexual abuse, included kidnapping and an attempt to commit kidnapping, and involved sexual abuse as defined in 18 U.S.C. § 2242.

All in violation of Title 18, United States Code, Sections 242 and 250(a) and (b)(1).

## COUNT SEVEN
### *Deprivation of Rights under Color of Law*
### [18 U.S.C. §§ 242, 250(a) and (b)(1)]

On or about September 15, 2024, in the Northern District of Alabama, the defendant,

**FELIX SYLVESTER WILDER,**

while acting under color of law as a Federal Bureau of Prisons correctional officer at Federal Correctional Institution Aliceville, did willfully deprive Victim 6, whose identity is known to the Grand Jury, of the right, secured and protected by the Constitution and laws of the United States, to be free from cruel and unusual punishment, which includes the right to be free from sexual assault. Specifically,

6

while Victim 6 was in custody at FCI Aliceville, the defendant caused his penis to have contact with Victim 6's mouth and penetrated Victim 6's vulva with his penis, all without Victim 6's consent. The defendant's conduct resulted in bodily injury, included aggravated sexual abuse and an attempt to commit aggravated sexual abuse, included kidnapping and an attempt to commit kidnapping, and involved sexual abuse as defined in 18 U.S.C. § 2242.

All in violation of Title 18, United States Code, Sections 242 and 250(a) and (b)(1).

**COUNT EIGHT**
*Deprivation of Rights under Color of Law*
**[18 U.S.C. §§ 242, 250(a) and (b)(1)]**

On or about September 16, 2024, in the Northern District of Alabama, the defendant,

**FELIX SYLVESTER WILDER,**

while acting under color of law as a Federal Bureau of Prisons correctional officer at Federal Correctional Institution Aliceville, did willfully deprive Victim 7, whose identity is known to the Grand Jury, of the right, secured and protected by the Constitution and laws of the United States, to be free from cruel and unusual punishment, which includes the right to be free from sexual assault. Specifically, while Victim 7 was in custody at FCI Aliceville, the defendant caused his penis to have contact with Victim 7's mouth and penetrated Victim 7's vulva with his penis,

7

all without Victim 7's consent. The defendant's conduct resulted in bodily injury, included aggravated sexual abuse and an attempt to commit aggravated sexual abuse, included kidnapping and an attempt to commit kidnapping, and involved sexual abuse as defined in 18 U.S.C. § 2242.

All in violation of Title 18, United States Code, Sections 242 and 250(a) and (b)(1).


 */s/electronic signature*
FOREPERSON OF THE GRAND JURY

CATHERINE L. CROSBY
Acting United States Attorney


*/s/electronic signature*
OLIVIA C. BRAME
Assistant United States Attorney



HARMEET K. DHILLON
Assistant Attorney General
Civil Rights Division


*/s/electronic signature*
SARAH E. HOWARD
Trial Attorney

8